**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA,**

**v.**                                                                  **4:08CR66**

**STANLEY EARL FREEMAN,**
**a/k/a/ "PacMan"**

                    **Defendant.**

### ORDER ACCEPTING GUILTY PLEA

Defendant, by consent, has appeared before the Court pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge and has entered guilty pleas to possession with intent to distribute cocaine base (Count 1), in violation of 21 U.S.C. § 841(a))1), and being a felon in possession of a firearm (Count 4), in violation of 18 U.S.C. § 922(g)(1).  Defendant is also charged with possession with intent to distribute cocaine (Count 2), in violation of 21 U.S.C. § 841(a)(1), and possession of ecstasy (Count 3), in violation of 21 U.S.C. § 844.  Defendant understands that Counts 2 and 3 will be dismissed upon acceptance of his guilty pleas to Counts 1 and 4.  Counsel for the United States confirmed defendant's understanding.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact, establishing each of the essential elements of such offenses.  Therefore, the Court accepts the guilty pleas and the plea agreement.

The Court certifies that a copy of this Order was delivered this day to all counsel of record.

                                                            /s/  
                                        **James E. Bradberry**  
                                        **United States Magistrate Judge**

**Norfolk, Virginia**

**August 6, 2008**